# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ALFREDO VEGA**,

      Plaintiff,

  **v.**                        **Case No. 24-CV-749**

**CAPT. DANIEL CUSHING,** *et al.*,

      Defendants.

---

## ORDER

---

On April 8, 2026, the court issued an order finding that *pro se* plaintiff Alfredo Vega filed a fabricated document in support of his brief in response to the defendants' motion for partial summary judgment. (ECF No. 83.) As a result, the court dismissed the entire case as a sanction.

On April 23, 2026, Vega filed a motion for reconsideration of the court's dismissal of his entire case as a sanction. (ECF No. 85.) He argues that, because the defendant's motion for partial summary judgment concerned only his failure to exhaust his administrative remedies as to defendant Capt. Daniel Cushing, he should be allowed to proceed on his claims against the remaining defendants.

Lying to the court is a serious offense. Vega perjured himself. He still offers no evidence or explanation regarding the fabricated the document or that it was otherwise a legitimate record. The court sees no reason to modify the sanction. Vega's motion (ECF No. 83) is **DENIED**.

Dated in Milwaukee, Wisconsin this 23rd day of June, 2026.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

2